UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORETEK LICENSING LLC,
                        Plaintiff,

                                                                                          22 civ 6424 (JGK)

      -against-

ZOCDOC, INC.,
                        Defendant.
------------------------------------------------------------X

### ORDER

The October 19, 2022 conference is canceled.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 13, 2022